# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KAL-MOR-USA, LLC,

               Plaintiff,        Case No. 2:13-cv-01046-GMN-PAL

vs.                                       **ORDER**

BANK OF AMERICA, N.A., et al.,

               Defendants.

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #6) entered June 12, 2013, regarding removal of this case to federal district court. On July 1, 2013, Defendants filed a signed Statement (Dkt. #8) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., August 9, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 26th day of July, 2013.

                                                              Peggy A. Leen
                                                              United States Magistrate Judge