NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
(702) 314-1905 • Fax (702) 314-1909
ndurrant@weildrage.com
bpeterson@weildrage.com
jmartinez@weildrage.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAL-MOR-USA, LLC, | Case No. 2:13-cv-01046-GMN-PAL |
| Plaintiff, | |
| vs. | **PLAINTIFF'S REQUEST FOR REPRESENTATIVE'S EXCEPTION TO ATTENDANCE REQUIREMENTS OF SETTLEMENT CONFERENCE** |
| BANK OF AMERICA, N.A., a National Association; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |
| RESIDENTIAL CREDIT SOLUTIONS, INC. | |
| Intervening Defendant. | |

Plaintiff, Kal-Mor-USA, LLC ("Plaintiff"), by and through its counsel of record, Neil B. Durrant, Esq., C. Robert Peterson, Esq., and Jason G. Martinez, Esq., of the law firm of Weil & Drage, APC, hereby submits its Request for Representative's Exception to Attendance Requirements of the Settlement Conference currently scheduled for April 29, 2016 at 9:30 a.m.

///

///

1  Plaintiff's Representative is located in Canada and has conflicts in scheduling which makes
2  personal appearance difficult.  However, **this is not a request to reschedule the settlement**
3  **conference**.  Specifically, Plaintiff's Representative simply wishes to appear telephonically as a matter
4  of convenience and as a courtesy.  Plaintiff's Representative has been present for other appearances in
5  Nevada related to HOA Foreclosure litigation and has previously appeared before Magistrate Judge
6  Leen for a settlement conference in separate matter.  Furthermore, Plaintiff's counsel has discussed this
7  Request with counsel for Intervening Defendant Residential Credit Solutions, Inc. and the Bank's
8  counsel expressed their consent to the Request.
9  DATED this 13th day of April, 2016.

WEIL & DRAGE, APC

/s/ *Jason G. Martinez*
By: _____
NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
2500 Anthem Village Drive
Henderson, NV 89052
Attorneys for Plaintiff

IT IS SO ORDERED this 19th day
of April, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

{00992292;1}

Page 2 of 3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of April, 2016, I electronically filed the foregoing **PLAINTIFF'S REQUEST FOR REPRESENTATIVE'S EXCEPTION TO ATTENDANCE REQUIREMENTS OF SETTLEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all parties listed on the service list.

| | |
|---|---|
| Jacob S. Smith, Esq.<br>Shawn L. Walkenshaw, Esq.<br>HOUSER & ALLISON<br>3900 Paradise Road, Suite 101<br>Las Vegas, NV 89169<br>jsmith@houser-law.com<br>swalkenshaw@houser-law.com<br>**Attorneys for Intervenor,**<br>**RESIDENTIAL CREDIT SOLUTIONS,**<br>**INC.** | Dana Jonathon Nitz. Esq.<br>Christina V. Miller, Esq.<br>WRIGHT, FINLAY & ZAK, LLP<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, NV 89117<br>dnitz@wrightlegal.net<br>cmiller@wrightlegal.net<br>**Attorneys for Intervenor,**<br>**RESIDENTIAL CREDIT SOLUTIONS,**<br>**INC.** |

/s/ *Lisa Robison*

_____

Lisa Robison, an Employee of
WEIL & DRAGE, APC

{00992292;1}

Page 3 of 3