UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAL-MOR-USA, LLC,<br><br>                      Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>                     Defendants. | Case No. 2:13-cv-01046-GMN-PAL<br><br>**ORDER**<br><br>(Subst. Atty. – ECF Nos. 83) |

This matter is before the court on the Substitution of Attorney (ECF No. 83). Raffi A. Nahabedian of the Law Office of Raffi A. Nahabedian seeks leave to be substituted in the place and stead of Charles Peterson, Neil Durrant, and Jason Martinez of Weil & Drage for plaintiff Kal-Mor-USA, LLC. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(c) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." This case is currently stayed pending resolution of the district court's certified question to the Nevada Supreme Court.

Having reviewed and considered the matter,

**IT IS ORDERED**:

    1. The Substitution of Attorney (ECF Nos. 83) is **GRANTED**.

///

///

///

///

///

2. Raffi A. Nahabedian of the Law Office of Raffi A. Nahabedian is substituted in the place of Charles Peterson, Neil Durrant, and Jason Martinez of Weil & Drage, for plaintiff Kal-Mor-USA, LLC subject to the provisions of LR IA 10-6(c) and (d).

Dated this 11th day of September, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE