RAFFI A. NAHABEDIAN, ESQ.
Nevada Bar No. 009347
**LAW OFFICE OF RAFFI A. NAHABEDIAN**
10655 Park Run Dr., Suite 210-B
Las Vegas, Nevada 89144
Telephone: (702) 379-9995
Facsimile: (702) 222-1496

Attorneys for Plaintiff/Counter-defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAL-MOR-USA, LLC, | Case No. 2:13-cv-01046-GMN-PAL |
| Plaintiff, | **STIPULATION TO EXTEND PLAINTIFF'S OPPOSITION DUE DATE TO INTERVENOR DEFENDANT RESIDENTIAL CREDIT SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| BANK OF AMERICA, N.A., a National Association; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |
| RESIDENTIAL CREDIT SOLUTIONS, INC. | |
| Intervening Defendant. | |

## **STIPULATION**

This Stipulation is entered into and agreed upon by Kal-Mor-USA, LLC ("Plaintiff"), by and through its counsel of record Raffi A. Nahabedian, of the Law Office of Raffi A. Nahabedian, as well as by Residential Credit Solutions, Inc. ("Defendant"), by and through its counsel of record Christina V. Miller, of the Law Firm Wright Finlay & Zak, LLP. The Stipulation is entered into as a means to allow Plaintiff additional time to file and serve its Opposition to Defendant's Motion for Summary Judgment. (ECF 88). The stipulated due date for the Opposition is December 22, 2017. The stipulated due date for the Reply be on or before January 8, 2018.

This Stipulation for the extension of time is agreed upon and entered into in good faith by the parties based on the parties good faith attempts to diligently resolve and settle the pending lawsuit. Such additional time will allow the parties to prevent increased litigation costs and, indeed, will reduce the burden on this Court by not having to entertain or hear matters that may and can be resolved and settled in the near/immediate future.

**IT IS SO JOINTLY STIPULATED:**

DATED this 1st day of December 2017.

By: *Raffi A. Nahabedian, Esq.*

Raffi A. Nahabedian, Esq. (SBN 09347)
10655 Park Run Drive, Suite 210-B
Las Vegas, NV 89144
Attorney for Plaintiff
KAL-MOR-USA, LLC

DATED this 1st day of December 2017.

By: *Christina V. Miller, Esq.*

Dana Jonathon Nitz. Esq. (SBN 00050)
Christina V. Miller, Esq. (SBN 12448)
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Attorneys for Intervenor,
RESIDENTIAL CREDIT SOLUTIONS, INC.

**ORDER**

The Stipulation hereinabove set forth is approved and GRANTED.

**IT IS SO ORDERED.**

Dated this 5 day of December 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted By:

LAW OFFICE OF RAFFI A. NAHABEDIAN

By: *Raffi A. Nahabedian, Esq.*

Raffi A. Nahabedian, Esq.
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of December, 2017, service of the foregoing Stipulation was made this date by electronically serving, through the Court's/Court Clerk's CM/ECF e-file system, a true and correct copy of the same, to the following parties:

| | |
|---|---|
| Jacob S. Smith, Esq. | Dana Jonathon Nitz. Esq. |
| Shawn L. Walkenshaw, Esq. | Christina V. Miller, Esq. |
| HOUSER & ALLISON | WRIGHT, FINLAY & ZAK, LLP |
| 3900 Paradise Road, Suite 101 | 7785 W. Sahara Avenue, Suite 200 |
| Las Vegas, NV 89169 | Las Vegas, NV 89117 |
| jsmith@houser-law.com | dnitz@wrightlegal.net |
| swalkenshaw@houser-law.com | cmiller@wrightlegal.net |
| **Attorneys for Intervenor,** | **Attorneys for Intervenor,** |
| **RESIDENTIAL CREDIT SOLUTIONS, INC.** | **RESIDENTIAL CREDIT SOLUTIONS, INC.** |

/s/ *Raffi A. Nahabedian, Esq.*
An employee of Raffi A. Nahabedian

**RAFFI A. NAHABEDIAN**
10655 Park Run Dr., Suite 210-B
Las Vegas, Nevada 89144
Tel: (702) 379-9995 / Fax: (702) 222-1496