WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
cmiller@wrightlegal.net
*Attorneys for Intervenor Defendant Residential Credit Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAL-MOR-USA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a National Association; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants,<br><hr>RESIDENTIAL CREDIT SOLUTIONS, INC.,<br><br>Intervenor Defendant. | Case No.: 2:13-cv-01046-GMN-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

Plaintiff KAL-MOR-USA, LLC ("Kal-Mor") and Intervenor Defendant RESIDENTIAL CREDIT SOLUTIONS, INC. ("RCS"), through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, this matter concerns claims for quiet title to real property located 3055 Casey Drive, Bldg. 112, Unit 103, Las Vegas, Nevada 89120.

///

1

WHEREAS, Kal-Mor and RCS, the only remaining parties to the Quiet Title Action, have entered a confidential settlement agreement in which they have settled all claims between them in this case.

WHEREAS, a Notice of Settlement was filed on January 30, 2018. ECF No. 94.

WHEREAS, a Status Conference with the Court was conducted on March 30, 2018, regarding the status of the settlement. Settlement was not completed by March 30, 2018 and the Court set a second Status Conference for May 8, 2018 at 11:30 a.m. ECF No. 98.

WHEREAS, the parties seek a continuance of the second Status Check due to counsel for RCS's unavailability on May 8, 2018, and also to permit the parties additional time to complete the settlement and submit final judgment and dismissal documents to the Court.

WHEREFORE, based on the foregoing, the parties HEREBY STIPULATE AND AGREE to continue the Status Conference to May 29, 2018 at 9:30 a.m., or another date at this Court's convenience.

DATED this 4th day of May, 2018.                    DATED this 4th day of May, 2018.

WRIGHT FINLAY & ZAK, LLP                             LAW OFFICE OF RAFFI A. NAHABEDIAN

*/s/ Christina V. Miller*                            */s/ Raffi A. Nahabedian*
Dana Jonathon Nitz, Esq.                             Raffi A. Nahabedian, Esq.
Nevada Bar No. 0050                                  Nevada Bar No. 9347
Christina V. Miller, Esq.                            7408 Doe Avenue
Nevada Bar No. 12448                                 Las Vegas, NV 89117
7785 W. Sahara Ave., Suite 200                       *Attorneys for Plaintiff, KAL-MOR-USA, LLC*
Las Vegas, NV 89119
*Attorney for Intervenor Defendant,*
*Residential Credit Solutions, Inc.*

## ORDER

**IT IS HEREBY ORDERED** that the Status Conference in this matter is **CONTINUED** to May 29, 2018 at 9:30 a.m. in LV Courtroom 7D before Chief Judge Gloria M. Navarro.

**IT IS SO ORDERED.**

DATED this __4__ day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT